# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **COLUMBUS, GEORGIA,** <br><br> Plaintiff, <br><br> v. <br><br> **EXPEDIA, INC.,** <br><br> Defendant. | Civil Action 4:11-CV-104 (HL) |

## ORDER

The Court has made an initial review of the Notice of Removal filed by Defendant Expedia, Inc.. The Court notes that Defendant has filed over 12,000 pages of exhibits in connection with its removal notice, many of which are duplicate documents.[1] Counsel for Defendant are ordered to provide the Court with a list by document and page number as listed in the Court's docket[2], as well as specific paragraphs and lines, identifying the basis for removing this case. This list must be filed on or before September 6, 2011.

**SO ORDERED**, this the 30th day of August, 2011.

*s/Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh

---

[1] For instance, the Verified Complaint filed in May of 2006 is filed at both Document 1-2 and Document 12. The First Amended and Recast Complaint filed in July of 2011 is filed at both Document 1-2 and Document 1-8.

[2] Examples:   Plaintiff's First Amended and Recast Complaint at Document 1-2, pages 43-101
              Notice of Filing Production at Document 12-20, pages 1-4